**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ ___4th___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Shelly Dominguez     JOINT DEBTOR: _____     CASE NO.: 10-27752-BKC RAM
Last Four Digits of SS# __3916__   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $__1411.86__ for months __1__ to __3__ ;
B. $__189.65__ for months __4__ to __60__ ;
C. $_____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $__5825.00__   Cost $__150.00__ TOTAL PAID $__0.00__
                Balance Due   $__5975.00__   payable $__165.98__/month (Months __1__ to __36__)
                Balance Due   $_____   payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. HSBC Mortgage Corp USA           Arrearage on Petition Date $__0.00__
   Address: 2929 Walden Avenue      Arrears Payment  $__0.00__/month (Months __1__ to __60__)
             Depew, NY 14043        Arrears Payment  $_____/month (Months ____ to ____)
   Account No: Xxxxxx0423           Arrears Payment  $_____/month (Months ____ to ____)
                                    Hamp Regular Payment $__1100.00__/month (Months __1__ to __3__)
                                    Regular Payment  $__0.00__/month (Months __4__ to __60__)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| City of Miami Housing 444 SW 2 Avenue 2nd Floor Miami, FL, 33130 | $ 0.0<br><br>3290 NW 9 Court<br>Miami, Florida 33127 | 0.00 % | $ 0.00 | __1__ To __60__ | $0.00<br><br>Avoid Lien in Full |
| Miami Dade Housing Authority<br>P O Box 013781<br>Miami, FL 33101 | $ 0.0<br><br>3290 NW 9 Court<br>Miami, Florida 33127 | 0.00 % | $ 0.00 | __1__ To __60__ | $0.00<br><br>Avoid Lien in Full |
| Metro Miami Action Plan P O Box 013781 Miami, FL 33101 | $ 0.0<br><br>3290 NW 9 Court<br>Miami, Florida 33127 | 0.00 % | $ 0.00 | __1__ To __60__ | $0.00<br><br>Avoid Lien in Full |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due $_____
                        Payable  $_____/month (Months____ to ___) Regular Payment $_____

Unsecured Creditors:  Pay $__4.70__/month (Months __1__ to __36__).
                      Pay $__170.68__/month (Months __37__ to __60__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The Debtor has not filed a previous HAMP Application. The Debtor and Debtor's counsel consent to direct communications with the Secured Creditor for the purpose of Loss mitigation only.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Jorge L. Suarez for Debtor            _____
Debtor                                    Joint Debtor
Date: __01/10/2010__                      Date: _____

LF-31 (rev. 01/08/10)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the 4th Amended Chapter 13 Plan was electronically served to the Clerk of the Bankruptcy Court ; Nancy N. Herkert, Trustee, and served by U.S. mail to all interested parties on attached list on this __10__ day of __January__, 2011.

Respectfully submitted,

Jorge L. Suarez, Esq.
Attorney for Debtor(s)
3735 S.W. 8th Street Suite 101
Coral Gables, Florida 33134
Tel: (305) 445-2944
jorgesuarezlaw@aol.com

/s/ Jorge L. Suarez
Jorge L. Suarez, Esq.
FL Bar No. 0844950

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 10-27752-RAM<br>Southern District of Florida<br>Miami<br>Mon Jan 10 15:43:04 EST 2011 | HSBC Mortgage Corp USA<br>c/o Scott Weiss<br>1800 NW 49th Street, Suite 120<br>Fort Lauderdale, FL 33309-3092 | University Credit Union<br>c/o Bruce M. Boiko, Esq.<br>201 South Biscayne Blvd #1500<br>Miami, FL 33131-4328 |
| Account Services Colls<br>1802 Ne Loop 410 Ste 400<br>San Antonio, TX 78217-5298 | Bca Financial Services<br>18001 Old Cutler Rd Ste<br>Miami, FL 33157-6422 | Cap One<br>Po Box 85520<br>Richmond, VA 23285-5520 |
| Chase<br>1 Chase Sq<br>Rochester, NY 14643-0001 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank Usa, Na<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | City of Miami Housing<br>444 SW 2 AVenue 2nd Floor<br>Miami, FL 33130-1910 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Fashion Bug<br>Po Box 84073<br>Columbus, GA 31908-4073 | Fashion Bug/Soanb<br>1103 Allen Dr<br>Milford, OH 45150-8763 |
| Gemb/Care Credit<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gemb/Jcp<br>Po Box 984100<br>El Paso, TX 79998-4100 | Gemb/Old Navy<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc Mortgage Corp Usa<br>2929 Walden Ave<br>Depew, NY 14043-2690 | Internal Revenue Service<br>7850 SW 6 Court<br>Stop 5730<br>Fort Lauderdale, FL 33324-3210 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Metro Miami Action Plan<br>19 West Flagler Street, Suite M-106<br>Miami, FL 33130-4432 | Miami Dade County<br>Overtown Transit Villiage 1<br>HCD-14th Flr<br>701 NW 1 Ct<br>Miami, FL 33136-3902 |
| Miami Dade Housing Authority<br>Overtown Transit Village I<br>HCD-14th Flr<br>701 NW 1 Ct<br>Miami, FL 33136-3902 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Paragonway<br>2101 West Ben Whit<br>Austin, TX 78704-7516 |
| Precision Rcvy Analytics<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | The Barthet Firm<br>200 So. Biscayne Blvd. Suite 1800<br>Miami, FL 33131-5333 | Univ C.U.<br>6250 Red Road<br>Miami, FL 33143-2357 |

| | | |
|---|---|---|
| University Credit Union<br>c/o Bruce M. Boiko, Esq.<br>1500 Miami Center<br>201 South Biscayne Boulevard<br>Miami, Florida 33131-4332 | Unvsty C U<br>6250 Sw 57th Av<br>Miami, FL 33143-2357 | Vah Miami Fed Cr Union<br>1201 Nw 16th St<br>Miami, FL 33125-1624 |
| Wfnnb/Limited<br>Po Box 330066<br>Northglenn, CO 80233-8066 | eCAST Settlement Corporation assignee of Cha<br>Bank USA NA successor by merger to<br>Washington Mutual<br>POB 29262<br>New York NY 10087-9262 | Jorge L Suarez Esq.<br>3735 SW 8 St #101<br>Coral Gables, FL 33134-3120 |
| Nancy N Herkert<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | Shelly Dominguez<br>3290 NW 9 Court<br>Miami, FL 33127-3332 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Services
P O Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | End of Label Matrix<br>Mailable recipients   37<br>Bypassed recipients    1<br>Total                 38 | |